```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23146
   JEFF J BARANSKI
   PHYLLIS BARANSKI                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9708     SSN XXX-XX-7132


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/10/07 and confirmed on 02/13/08.

     2.  The case was dismissed after confirmation, 06/20/2008.

     3.  The Debtor paid a total of $   1537.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
MIDFIRST BANK             CURRENT MORTG          .00           .00            .00
MIDFIRST BANK             MORTGAGE ARRE     11197.13           .00            .00
CITIFINANCIAL             SECURED               .00           .00            .00
CITIFINANCIAL             MORTGAGE ARRE      4106.39           .00            .00
HARRIS BANK CONSUMER LOA  SECURED VEHIC       500.00          2.91          67.13
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED           .00            .00
CAPITAL ONE SERVICES      UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL             UNSECURED        NOT FILED           .00            .00
HARRIS BANK JOLIET        UNSECURED        NOT FILED           .00            .00
HINSDALE BANK & TRUST     UNSECURED              .00           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        NOT FILED           .00            .00
TRI COUNTY POSTAL FEDERA  UNSECURED        NOT FILED           .00            .00
MORRIS HOSPITAL           UNSECURED        NOT FILED           .00            .00
HARRIS BANK CONSUMER LOA  UNSECURED          1222.51           .00            .00
            Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  15803.52         .00      1222.51          .00      17026.03
PRINCIPAL PAID         67.13         .00          .00          .00         67.13
INTEREST PAID           2.91         .00          .00          .00          2.91
TOTAL PAID             70.04         .00          .00          .00         70.04
The Debtor's attorney, PATRICK A MESZAROS                , was allowed $   3500.00
and was paid $    500.00  direct and  $    1377.81  through the plan.

The Trustee received $       89.15 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE  2
CASE NO. 07 B 23146 JEFF J BARANSKI & PHYLLIS BARANSKI